U.S. District Court Judge RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CONNIE L. ADAMS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Commissioner of Social Security,<br><br>　　　　Defendant. | CASE NO. C19-5243-RSM<br><br>ORDER FOR ATTORNEY FEES PURSUANT TO 42 U.S.C. § 406(b) |

THIS MATTER having come on regularly before the undersigned upon Plaintiff's Motion For Attorney Fees Pursuant to 42 U.S.C. § 406(b), it is hereby ORDERED that Plaintiff's attorney, JEANETTE LAFFOON, is awarded attorney fees of $12,087 pursuant to 42 U.S.C. § 406(b). When the approved 406(b) fee is received, counsel will refund directly to Plaintiff the $4,003.30 in EAJA fees previously received.

DATED this 25th day of August, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER FOR ATTORNEYS FEES
PURSUANT TO 42 U.S.C. § 406(b)
[C19-5243-RSM]

MADDOX & LAFFOON, P.S.
410-A South Capitol Way
Olympia, WA. 98501
(360) 786-8276

- Page 1

Presented by:

/s/ JEANETTE LAFFOON
JEANETTE LAFFOON, WSBA #30872
Attorney for Plaintiff

DATED:  August 25, 2021

/s/ JEANETTE LAFFOON
JEANETTE LAFFOON, WSBA #30872
Attorney for Plaintiff

CERTIFICATE OF ELECTRONIC FILING:

This is to certify that I electronically filed the foregoing proposed ORDER FOR ATTORNEYS FEES PURSUANT TO 42 U.S.C. § 406(b) with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

DIANA ANDSAGER
Special Asst. U.S. Attorney
Office of General Counsel
701 5th Avenue, Suite 2900, MS 221A
Seattle, WA  98104-7075
diana.andsager@ssa.gov

Kerry J.  Keefe
Asst. U.S. Attorney
Department of Justice
U.S. Attorney's Office
700 Stewart Street, Ste 5220
Seattle, WA  98101-1271
Kerry.keefe@usdoj.gov


DATED:  August 4, 2021

/s/ Jeanette Laffoon
Jeanette Laffoon, Attorney
MADDOX & LAFFOON, P.S.
jeanettelaffoon@gmail.com
sirenad@maddox-laffoon.com

ORDER FOR ATTORNEYS FEES
PURSUANT TO 42 U.S.C. § 406(b)
[C19-5243-RSM]

MADDOX & LAFFOON, P.S.
410-A South Capitol Way
Olympia, WA. 98501
(360) 786-8276

- Page 2